```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2020
```

BRAVERMAN LAW PC
450 Seventh Avenue, Suite 1308
New York, New York 10123
T. (212) 206-8166
F. (646) 452-3828

January 3, 2020

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

      Re:    *Gonzalez Amigon et al v. 3rd Ave 26 Rest. Corp. et al -19-cv-01582-KHP*

Dear Judge Parker:

    I represent the Plaintiffs in the above-referenced matter. An initial conference in this case is scheduled for January 8, 2019 at 10:00 a.m. With the consent of Defendants' counsel in this case, I am writing to request an adjournment of this conference. Both Defendants' counsel and I are available on January 29, January 30 and February 5, 2020. No discovery deadlines have yet been established. This is the first request for an adjournment of the initial conference.

    Thank you for your consideration.

                              Very truly yours,

                              /s/
                              Adam Braverman

cc: Craig Saunders, Esq. (via ECF)

---

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter that is scheduled for Wednesday, January 8, 2020 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, January 30, 2020 at 10:15 a.m.</u>

APPLICATION GRANTED

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.
01/06/2020