**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GONZALEZ AMIGON et al,

                        Plaintiffs,

              -against-

3RD AVE 26 REST. CORP. et al.,

                     Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 09/09/2020 _____

**19-CV-1582 (KHP)**

**ORDER SCHEDULING TELEPHONIC**
**STATUS CONFERNCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Status Conference in this matter is hereby scheduled for **Tuesday, October 20, 2020 at 12:45pm.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

         **SO ORDERED.**

DATED:      New York, New York
             September 9, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge