USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GONZALEZ AMIGON et al,

                Plaintiffs,

   -against-

3RD AVE 26 REST. CORP. et al,

               Defendants.
-----------------------------------------------------------------X

19-cv-01582 (KHP)

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Order of Dismissal filed on June 17, 2021 (ECF No. 41.) the Case Management Conference currently scheduled for **June 21, 2021** is hereby adjourned *sine die*.

**SO ORDERED.**

DATED:   New York, New York
         June 17, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge